UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J & J SPORTS PRODUCTIONS, INC,

                Plaintiff,

    -against-

MARYAN MUWWAKKIL, individually and d/b/a
LOVE JONES CAFÉ, and 1920 MF REST., INC., an
unknown business entity d/b/a LOVE JONES
CAFÉ,

                Defendants.
-----------------------------------------------------------------X

**ORDER**
17-CV-5341 (JFB) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 18 2019 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

Given the notice of settlement, the plaintiff's motion to default (ECF No. 15) is terminated without prejudice to renewal if the settlement is not consummated.

SO ORDERED.
S. JOSEPH F BIANCO

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    March 18, 2019
             Central Islip, NY

1